IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE B. BUTLER, JR.                                                                          PETITIONER
Reg. #14225-076

V.                                        NO.  2:10cv00166 SWW-JWC

T.C. OUTLAW, Warden,                                                                    RESPONDENT
FCI, Forrest City, AR

## ORDER

Petitioner, a federal prisoner proceeding pro se, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) and has paid the $5.00 statutory filing fee in full.[1]  The Clerk of the Court is directed to serve, by regular mail, a copy of the petition (doc. 1) and this order on Respondent and the United States Attorney.  Respondent is directed to file an answer, motion, or other responsive pleading within twenty-one (21) days of service of the petition, exclusive of the day of service.  *See* Rules 4 & 5, Rules Governing § 2254 Cases in United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 19th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is hereby notified of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."