IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE B. BUTLER, JR.                                                                    PETITIONER
Reg. #14225-076

V.                                    NO.  2:10cv00166 SWW-JWC

T.C. OUTLAW, Warden,                                                          RESPONDENT
FCI, Forrest City, AR

<u>ORDER</u>

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 4).  If Petitioner desires to file a reply, he is directed to do so on or before December 10, 2010.

IT IS SO ORDERED this 10th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE