IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE B. BUTLER, JR.                                                                               PETITIONER
Reg. #14225-076

V.                                           NO.  2:10-cv-00166 SWW

T.C. OUTLAW, Warden,                                                                       RESPONDENT
FCI, Forrest City, AR


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) is hereby denied, dismissing this action in its entirety with prejudice.

IT IS SO ORDERED this 16th  day of February, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE