IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE B. BUTLER, JR.                                                                         PETITIONER
Reg. #14225-076

V.                                    NO. 2:10-cv-00166 SWW

T.C. OUTLAW, Warden,                                                                   RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 16th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE